FILED

2012 OCT 19 PM 3:01

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV12-9033 |
| Plaintiff, | NOTICE OF INTERESTED PARTIES |
| vs. | (Local Rule 7.1-1) |
| VICTOR G. REDMOND, | |
| Defendant | (DEPARTMENT OF EDUCATION) |

Pursuant to Local Rule 7-1.1, and based upon information and belief, the undersigned, counsel of record for Plaintiff, United States of America, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or refusal.

The United States Department of Education,

Victor G. Redmond

DATED: October 10, 2012

_____
JACQUELYNE M. NGUYEN
ATTORNEY FOR THE PLAINTIFF